UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUVENAL JUNEZ, <br><br> Defendant. | No. 2:13-cr-0166-LKK <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JUVENAL JUNEZ Case No. 2:13-cr-0166-LKK, charge: 21 USC § 841(a)(1), from custody for the following reasons:

    ____    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ 50,000

              _X_    Unsecured Appearance Bond, co-signed by father

              ___    Appearance Bond with 10% Deposit

              ___    Appearance Bond with Surety

              ___    Corporate Surety Bail Bond

              _X_    (Other): Pretrial Services conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on July 19, 2013.

_____
UNITED STATES MAGISTRATE JUDGE