Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CSB 154402
Mary Ann F. Bird, CSB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant JUVENAL JUNEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0166 LKK |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO |
| LUIS MAGANA, JUVENAL JUNEZ, | |
| ERIK MORENO | |
| Defendant | |

STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

1. The parties are set to appear on December 3, 2013 at 9:15 a.m. for status. By this stipulation, the defendant, Juvenal Junez, by and through his counsel, now moves to continue status conference until December 17, 2013 and to exclude time from December 3, 2013 to December 17, 2013. Based on the amount of discovery so far provided, counsel for defendants need additional time to properly prepare a defense. Counsel for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

2. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq, within which trial must commence, the time period of December 3, 2103 to December 17, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                                 Respectfully submitted,

Dated: November 21, 2013                             ___/s/ authorized 11/21/13_____
                                                     MARY ANN F. BIRD
                                                     Attorney for Juvenal Junez


Dated: November 21, 2013                             ___/s/ authorized 11/21/13_____
                                                     CHRISTIAAN HIGHSMITH
                                                     Assistant United States Attorney


IT IS SO ORDERED.

DATE: November 25, 2013                              LAWRENCE K. KARLTON
                                                     SENIOR JUDGE
                                                     UNITED STATES DISTRICT COURT