Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CSB 154402
Mary Ann F. Bird, CSB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant JUVENAL JUNEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JUVENAL JUNEZ,<br><br>           Defendant. | Case No.: 2:13-CR-0166 LKK<br><br>MOTION FOR MODIFICATION OF RELEASE CONDITIONS, STIPULATION AND PROPOSED ORDER REGARDING USE OF ALCOHOL |

UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE TO

PERMIT ALCOHOL CONSUMPTION

Defendant, Juvenal Junez, by and through his counsel, Mary Ann F. Bird, respectfully requests this Court to issue an order modifying Defendant's abstinence from alcohol to an order as set forth below:

A. YOU SHALL REFRAIN FROM **EXCESSIVE** USE OF ALCOHOL OR ANY USE OF

A NARCOTIC DRUG OR OTHER CONTROLLED SUBSTANCE WITHOUT A

PRESCRIPTION BY A LICENSED MEDICAL PRACTITIONER; AND YOU SHALL

NOTIFY PRETRIAL SERVICES IMMEDIATELY OR ANY PRESCRIBED

MEDICATION(S). HOWEVER, MEDICINAL MARIJUANA, PRESCRIBED OR NOT, MAY NOT BE USED.

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and the defendant, Juvenal Junez, by and through his counsel of record, hereby stipulate and request as follows:

1. That Mr. Juvenal Junez has been under supervision since July, 2013. During this time, has submitted all clean drug tests, has continued to be employed, and has remained in contact with Pretrial Services weekly. He was initially ordered to abstain from alcohol. Due to his clean testing for approximately seven months, Pretrial Services is now recommending this condition to be modified as set forth above in item A.

2. That on March 7, 2014, AUSA Christiaan Highsmith indicated to both US Pretrial Services Officer Darryl Walker and defendant's counsel that he has no objections to the modification.

IT IS SO STIPULATED.                                Respectfully submitted,

Dated: March 07, 2014                               ___/s/ authorized 03/07/14_____
                                                    MARY ANN F. BIRD
                                                    Attorney for Juvenal Junez

Dated: March 07, 2014                               ___/s/ authorized 03/07/14_____
                                                    CHRISTIAAN HIGHSMITH
                                                    Assistant United States Attorney

IT IS SO ORDERED.

Dated:  March 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Junez0166.stipo.modify.cor

BIRD & VAN DYKE, INC.
STIPULATION AND PROPOSED ORDER MODIFYING CONDITIONS OF RELEASE
PAGE: 3